IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SADLER CLINIC, PLLC** | § | Case No. 12-34546 |
| | § | |
| **and** | § | |
| | § | |
| **MONTGOMERY COUNTY** | § | |
| **MANAGEMENT COMPANY, LLC** | § | Case No. 12-34547 |
| | § | |
| **DEBTORS** | § | Chapter 11 |

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES, AND DEMAND FOR SERVICE OF ALL PLEADINGS AND FILINGS

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned attorney hereby enters an appearance on behalf of PINECROFT DEVELOPMENT, LP, STERLING RIDGE DEVELOPMENT II, LP and 336 AT SOUTH MEDICAL, LTD. in the above-styled and numbered case. The undersigned attorney hereby requests copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f) and 3017(a). All such notices should be addressed as follows:

> Barnet B. Skelton, Jr.
> Barnet B. Skelton, Jr., P.C.
> State Bar No. 18456400
> 712 Main Street, Suite 1705
> Houston, Texas 77002
> (713) 659-8761 Telephone
> (713) 659-8764 Facsimile
> barnetbjr@msn.com

**PLEASE TAKE FURTHER NOTICE** that, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and provisions specified above, but also includes, without limitation, notice of any application, motion, petition, pleading, request, order, hearing, complaint or demand, whether formal or informal, whether written or oral and whether

transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex or fax or otherwise, filed with regard to the above case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that, neither this nor any later appearance, pleading, claim or suit shall waive any right (1) to have final orders in non-core matters entered only after de novo review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, or (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal.

**PLEASE TAKE FURTHER NOTICE** that, this Notice of Appearance and Request for Service of Notices and Documents is without prejudice to (1) any rights, remedies, claims, actions, defenses, setoffs, or recoupments, in law or in equity, against the Debtors and any other entities, either in this case or in any other action, all of which rights, remedies, claims, actions, defenses, setoffs and recoupments are expressly reserved, and (2) any objection which may be made to the jurisdiction of the Court, and shall not be deemed or construed to submit either Creditor to the jurisdiction of the Court.

The undersigned additionally requests that the Debtors and the Clerk of the Court place the foregoing name and address on any mailing matrix or list of creditors to be prepared or existing in the above-captioned case.

Dated:  June 20, 2012, Houston, Texas

Respectfully submitted,

BARNET B. SKELTON, JR., P.C.

　 */s/ Barnet B. Skelton, Jr.*
Barnet B. Skelton, Jr.
State Bar No. 18456400
712 Main Street, Suite 1705
Houston, Texas 77002
(713)-659-8761 Telephone
(713)-659-8764 Facsimile

ATTORNEY FOR PINECROFT
DEVELOPMENT, LP,
STERLING RIDGE DEVELOPMENT II, LP and
336 AT SOUTH MEDICAL, LTD.

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument was filed electronically on June 20, 2012 in compliance with Local Rule LR5.3.  As such, this notice was served on all counsel of record who are deemed to have consented to electronic service.  Pursuant to Fed.R.Civ.P. 5(d) and Local Rule LR5.3, all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing instrument by U.S. First Class Mail and/or facsimile on the 20th day of June 2012.

　　　　　　　　　　　　　　　　　　　　　 /s/  *Barnet B. Skelton, Jr.*
　　　　　　　　　　　　　　　　　　　　　 BARNET B. SKELTON, JR.